No. D–1585. IN RE DISBARMENT OF PALMISANO. Disbarment entered. [For earlier order herein, see 515 U. S. 1183.]

No. D–1602. IN RE DISBARMENT OF BRYANT. Thomas E. Bryant, Jr., of Mobile, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1603. IN RE DISBARMENT OF SHAPIRO. Phillip E. Shapiro, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1604. IN RE DISBARMENT OF CARSON. George Edward Carson, of Jackson, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1605. IN RE DISBARMENT OF EDELL. Norman Edell, of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1606. IN RE DISBARMENT OF SMITH. Randall Eugene Smith, of Bradenton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1607. IN RE DISBARMENT OF MORRISON. Charles T. Morrison, Jr., of Los Angeles, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1608. IN RE DISBARMENT OF HEATH. Steven E. Heath, of Bradley Beach, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.